IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00012-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALEJANDRO LINCER-RIOS,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the sentencing hearing in this matter is reset for **June 15, 2010 at 1:00 p.m.**

    DATED May 28, 2010.