IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 10-cr-00012-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALEJANDRO LINCER-RIOS,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the government's Motion to Dismiss Count Two of the Indictment [Docket No. 19]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the motion [Docket No. 19] is GRANTED. Count Two of the indictment is DISMISSED.

DATED June 15, 2010.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge